IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JERRY M. GILBERT, SR., | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:14-cv0018-O |
| JUDGE MARK PRICE, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on August 18, 2014. ECF No. 14. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Judge Mark Price's Amended Motion to Dismiss Plaintiff Gilbert's Complaint for Lack of Jurisdiction and for Failure to State a Claim (ECF No. 10) is **GRANTED in part**, and the case is **DISMISSED without prejudice** for lack of subject matter jurisdiction. A final judgment will issue separately.

**SO ORDERED** on this **3rd day** of **September, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE